IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RAMONA BROWN, LINDA EDWARDS
and MARGARET ROZELL     PLAINTIFFS

v.  CASE NO. 05-2165

SPARKS REGIONAL MEDICAL CENTER     DEFENDANT

## JOINT ORDER OF DISMISSAL

NOW on this 4th day of October, 2006, is presented to the Court the parties Motion to Dismiss submitted by counsel pursuant to Rule 41 of the Federal Rules of Civil Procedure. This Court, being well and sufficiently advised, does find that the parties have settled this matter by agreement and as such, dismissal is appropriate and all claims and claims and counterclaims arising from this action are hereby dismissed with prejudice.

IT IS SO ORDERED.

_____
HONORABLE ROBERT T. DAWSON
U.S. DISTRICT COURT JUDGE

Submitted by:

/s/ Kevin R. Holmes
Kevin R. Holmes
On Behalf of Plaintiffs

/s/ Kathryn A. Stocks
Kathryn A. Stocks
On Behalf of Defendant

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

OCT 0 4 2006

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK